# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| BARBARA DONALD, as Administratrix of the Estate of EDWARD LEE BURRELL, Deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| ) ) | CIVIL ACTION NO. 1:17-CV-00491-KD-N |
| vs. ) ) ) | |
| TYLER NORRIS ) ) | |
| Defendant, ) | |

## JOINT SETTLEMENT NEGOTIATIONS STATUS REPORT

Pursuant to the Court's order of September 2, 2021 [ Doc. 75], Plaintiff, Barbara Donald, as Administratrix for the Estate of Edward Lee Burrell and Defendant, Tyler Norris hereby submit the following joint status report:

1. The parties have conducted considerable discovery including expert depositions.

2. The parties have initiated settlement negotiations but believe they may benefit from mediation.

WHEREFORE, the parties respectfully request that the Court appoint the Magistrate Judge to mediate the case between the parties.

Respectfully submitted,

Dated: October 13, 2021

*/s/ Kendrick E. Webb*
Kendrick E. Webb
J. Randall McNeill
Joshua A. Willis

WEBB MCNEIL WALKER, P.C.
7475 Halcyon Pointe Drive
Post Office Box 240909
Montgomery, AL 36124
Telephone: (334) 262-1850
Facsimile: (334) 262-1889
Email: kwebb@wmwfirm.com
Email: rmcneill@wmwfirm.com
Email: jwillis@wmwfirm.com

*Counsel for Defendant Tyler Norris*


*/s/ G. Rick DiGiorgio*
G. Rick DiGiorgio
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: rdigiorgio@corywatson.com

Scott E. Denson
THE DENSON LAW FIRM, LLC
6 Office Park Circle, Suite 100
Birmingham, AL 35223
Telephone: (205) 829-1110
Email: sdenson@densonlawfirm.com

*Counsel for Plaintiff*
*Barbara Donald, as Administratrix for*
*the Estate of Edward Lee Burrell*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

/s/ *Kendrick E. Webb*