**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

BARBARA DONALD, Administratrix
of the Estate of EDWARD LEE BURRELL,
Deceased,

Plaintiff,

v.

CIVIL ACTION NO.
1:17-CV-00491-KD-N

TYLER NORRIS,

Defendant.

**PLAINTIFF'S EVIDENTIARY SUBMISSIONS IN SUPPORT OF HER RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff and submits his evidentiary submissions described below in support of his response to Defendant Tyler Norris' Motion for Summary Judgment:

PX1 – Dr. Harris-Haywood Deposition, Vol. 2

PX2 – Dr. Stevens note 9/14/15, SBI records, Def. Bates No. 000109

PX3- Hand drawing of Jail layout by Hinson, depo Ex 9

PX4 – Chelsea Hinson Deposition

PX5- Still shots from Jail Camera 8 in the Booking area (from Video submitted as Def's Ex. J)

PX6- Still shots from Jail Camera 3 in the Sallyport area (from Video submitted as Def's Ex. K)

PX7- SBI Statement Norris, Ex 3 to Norris depo

PX8- Jail Incident report from Hinson re Burrell event- Hinson depo Ex 11

PX9- Stephen Stokes Depo

PX10- SBI Statement Hinson depo Ex. 10

PX11- SBI Statement Mosely depo Ex 7

PX12- Dr. Haywood's CV, 1st depo Ex 11

PX13- AHA EMS Chest Pain / ACS Guidelines, Haywood depo Ex 9

PX14- WebMD – Signs of a Heart Attack: What to Do in an Emergency, Haywood depo Ex 10

PX15- AHA Warning Signs of a Heart Attack, Haywood Ex. 8

PX16- Jackson Emergency Transport - billing and run reports, Norris depo Ex 4

PX17- Joint statement: Third Universal Definition of Myocardial Infarction, Moore depo Ex 19

PX18- CardioSmart, American College of Cardiology, web diagram: Heart Attack progression, Moore dep Ex 18

PX19- CardioSmart, American College of Cardiology, web article: Heart Attack, Moore depo Ex 17

PX20- Cleveland Clinic web article: Heart Attack, Moore depo Ex 16

PX21- AHA web article- What is high Blood Pressure, Moore depo Ex 14

PX22- AHA web article: Heart Attack- Watch, Learn, Live, Moore depo Ex 12

PX23- AHA web article: Heart Attack and Sudden Cardiac Arrest, Moore depo Ex 10

Respectfully submitted this 22nd day of November, 2021.

*s/ G. Rick DiGiorgio*
G. Rick DiGiorgio (DIG002)
Julianne Zilahy (ZIL001)
CORY WATSON, PC
2131 Magnolia Avenue S
Birmingham, AL 35205
T: (205) 328-7000

F: (205) 324-7896
rdigiorgio@corywatson.com
jzilahy@corywatson.com

and

Scott E. Denson (DEN020)
THE DENSON LAW FIRM, LLC
2160 Highland Ave S, Ste 100-116
Birmingham, AL 35205
T: (205) 440-4388
F: (205) 440-4389
sdenson@densonlawfirm.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I do hereby certify that on November 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system which will send notification of such filing to the following:

Kendrick E. Webb (WEB022)
Fred L. Clements, Jr. (CLE
J. Randall McNeill (MCN007)
WEBB MCNEILLWALKER, PC
7475 HALCYON POINTE DRIVE (36117)
Post Office Box 240909
Montgomery, Alabama 36124
334-262-1850
334-262-1889fax
kwebb@ wmwfirm.com
fclements@ wmwfirm.com
rmcneill@ wmwfirm.com

Matthew C. Drinkard
WILSON DRINKARD & DRINKARD, LLC
P.O. Box 99
Thomasville, AL 36784
334-636-4943

Matt@waddlawoffices.com
*Attorneys for Defendant Tyler Norris*

*s/ G. Rick DiGiorgio*
OF COUNSEL